# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**JUDGMENT RENDERED FEBRUARY 20, 2014**

**NO. 03-13-00811-CR**

**The State of Texas, Appellant**

**v.**

**Carmen Uballe, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the order signed by the trial court on November 15, 2013 granting the Defendant's Motion to Suppress Evidence. The State of Texas has filed a motion to dismiss its appeal. Therefore, the Court grants the motion, allows The State of Texas to withdraw its notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.